IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KYUNG PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20 CV 2603 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MARKHAM AND TERRY WHITE, | ) | |
| | ) | Judge Joan B. Gottschall |
| Defendants. | ) | |

**DEFENDANT CITY OF MARKHAM'S LIST OF EXHIBITS SUPPORTING
ITS MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Exhibit A | Plaintiff Kyung Palmer's Deposition Transcript |
| Exhibit B | Defendant Terry White's Deposition Transcript |
| Exhibit C | Amended Complaint |
| Exhibit D | Charge of Discrimination – filed with IDHR March 14, 2019 |
| Exhibit E | Charges of Discrimination – filed with IDHR December 2019 |
| Exhibit F | IDHR Notice of Dismissal for Lack of Substantial Evidence of March 2019 Charge |
| Exhibit G | IDHR Orders of Closure of December 2019 Charges |
| Exhibit H | Markham Police Department General Order 39.1 |
| Exhibit I | Markham Code of Ordinances §33.19 |
| Exhibit J | MPD Memo from Plaintiff to Chief White – October 18, 2019 |
| Exhibit K | Plaintiff's Responses to Defendants' Interrogatories |
| Exhibit L | MPD Letter to Plaintiff from Chief White – July 3, 2019 |

1

Exhibit M        Agreement and General Release

Exhibit N        MPD Memo from Plaintiff to Lt. Blohm – April 10, 2019

Respectfully submitted,
DEFENDANT CITY OF MARKHAM

/s/ *Michael J. Hayes*

One of its attorneys

Michael J. Hayes Jr.
Odelson, Sterk, Murphey, Frazier
& McGrath, Ltd.
3318 W. 95th St.
Evergreen Park, IL 60805
(708) 424-5678
mhayes@osmfm.com