# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.

#19W0314.04

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2019CF1525 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (Include area code) |
|---|---|
| Kyung Palmer | (708) 692-7764 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 17310 Wooded Path, Apt. 2NW | East Hazel Crest, Illinois 60429 | MM / DD / YYYY |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (Include area |
|---|---|---|
| City of Markham Police Department | | (708) 331-2171 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 16313 Kedzie Parkway | Markham, Illinois 60428 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Sex | October 1, 2018 - March 20, 2019 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

## S E E   A T T A C H E D

EXHIBIT
City 3

Page 1 of 4                                                                    MTS/JJT

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME THIS _14_ DAY OF _March_, 2019. |
|---|---|
| | X _Jacquelyn Turner Hamb_ NOTARY SIGNATURE |

OFFICIAL SEAL
JACQUELYN TURNER HAMB
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/12/21

NOTARY STAMP

X _Kyung Palmer_     3-14-19
SIGNATURE OF COMPLAINANT     DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

P/PALMER0000986

EEO-5 FORM (Rev. 7/12-INT)

DEFENDANT
EXHIBIT
D

I.   A.   ISSUES/BASIS

REDUCTION IN HOURS – OCTOBER 18, 2018, DUE TO MY SEX, FEMALE.

B.   PRIMA FACIE ALLEGATIONS

1.   My sex is female.

2.   My performance as part-time police officer met Respondent's legitimate expectations. I began my employment with Respondent in December 2008.

3.   On October 18, 2018, Terry White (male), Chief of Police, reduced my hours from 32 or more hours per week to 24 hours per week.

4.   Respondent did not reduce the hours of similarly situated male, officers under similar circumstances. In fact, Respondent increased the scheduled hours of Gerald Jackson (male), Part-Time Police Officer.

II.   A.   ISSUES/BASIS

INVOLUNTARY SCHEDULE CHANGE – OCTOBER 18, 2018, AND CONTINUING TO THE PRESENT (MARCH 2019), DUE TO MY SEX, FEMALE.

B.   PRIMA FACIE ALLEGATIONS

1.   My sex is female.

2.   My performance as part-time police officer met Respondent's legitimate expectations. I began my employment with Respondent in December 2008.

3.   On October 18, 2018, Terry White (male), Chief of Police, involuntarily changed my scheduled days from Monday, Tuesday, Wednesday and Thursday, to Wednesday, Thursday and Friday.

4.   Respondent did not change the schedule of similarly situated male officers under similar circumstances.

5.   Respondent granted a more favorable schedule to Gerald Jackson (male) Part-Time Police Officer, including two special details.

PIPALMER0000987

III.  A.    ISSUES/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT –OCTOBER 1, 2018, AND CONTINUING TO THE PRESENT (MARCH 2019), DUE TO MY SEX, FEMALE.

B.    PRIMA FACIE ALLEGATIONS

1. My sex is female.

2. My performance as part-time police officer met Respondent's legitimate expectations. I began my employment with Respondent in December 2008.

3. I was subjected to unequal terms and conditions of employment on October 1, 2018, Terry White (male), Chief of Police, removed me from the special detail at Markham City Hall.

4. On November 1, 2018, Terry White (male), Chief of Police, again subjected me to unequal terms and conditions of employment when he removed me from the special assignment at the Markham Roller Rink.

5. Terry White replaced me on both aforementioned assignments with Gerald Jackson (male), Part-Time Police Officer.

IV.  A.    ISSUES/BASIS

DENIAL OF PAID COMPENSATORY TIME OFF – DECEMBER 21, 2018, THROUGH MARCH 20, 2019, DUE TO MY SEX, FEMALE.

B.    PRIMA FACIE ALLEGATIONS

1. My sex is female.

2. My performance as police officer met Respondent's legitimate expectations.

3. From December 21, 2018, and continuing through January 2, 2019. Then again from March 8, 2019, and continuing through March 20, 2019, Terry White (male), Chief of Police, denied me the use of 80 hours of earned compensatory time off but allowed me to take unpaid leave for that entire time.

PfPALMER0000988

4. Respondent granted paid time off to similarly situated officer Derick Singleton (male), Part-Time Police Officer, from approximately February 18, 2019, and continuing until April 1, 2019.

P/PALMER0000989

Kyung Palmer

#2019CF1525

1. Provide information about Respondent:

   a. Terry White/ Mack Sanders
   b. 16313 Kedzie Markham, IL. 60428
   c. Chief of Police

2. On what date did you start working for Respondent?

   December 21, 2009

3. Who hired you? Give name, job title, sex?

IDHR INTAKE
MAY 9 '19 AM11:20

   a. Mack Sanders Chief of Police, Male
   b. Mr. Freeman former fireboard chairman

4. Please list in chronological order each position you held at the Respondent and the date you started in the position?

   a. Part-time Police Officer
      December 21, 2009

5. What were the job duties in the position you held on the date of the incident? Please include a job description, if you have one?

   a. Senior Building- securing the building after it close to make sure it is secure.
   b. City Hall- Making sure that Mayor was secure. Opening and locking up the building to make sure that all is well.
   c. Skating Rink- Make sure that no fights break out and the children are safe at all times.

6. Who was your immediate supervisor? Give name, job title, Sex.

   a. Former Chief Mack Sanders (male)
   b. Sgt. James Walker / former Deputy Chief (male)



EXHIBIT
City 4

PIPALMER0000975

c. Sgt. Nicole Wilkins (female)

d. Chief Terry White / Former Lieutenant (male)

7. Who else worked for your immediate supervisor? Give names, Job titles, Sex; for each person.

    a. Officer Raquel Dawson (female)
    b. Officer Harlen Lewis (male)
    c. Officer Monique Woods (female)
    d. Officer Kenneth Muldrow (male)
    e. Officer Rayshonda Lewis (female)
    f. Part-time Officer Clavin Short (male)
    g. Officer Roy Tolbert ( male)

8. What do you want to happen as a result of filing your charge?
    a. As a result of filing my charges, I would like the City of Markham Police Department to foster a professional environment that promotes female advancement. I would like to see the City of Markham Police Department promotes qualified female officers to high- ranking positions within the police Department. I would like for the City of Markham to address Chief Terry White discriminatory, sexist attitude and behavior toward women police officers, also that he be reprimanded for his continued and systemic harassment towards the women in the Markham Police Department. That his discriminatory and sexist behavior toward women stop.

    b. I want the City of Markham to take future complaints of harassment seriously and act swiftly moving forward to assure the female employees are safe while working for the City of Markham.

    c. I would like to be monetarily compensated for the loss I sustained when I was not allowed to work my normal work hours.

    d. Lastly, I would like to be reinstated to the assignments I previously held and to be made full time.

9. List any witnesses you may have. Witnesses are persons who can support or have first-hand knowledge of the allegations in your charge.
    a. Please see attached witness list of coworkers and what they may have witness and approximately when.
    b. I don't have the listed coworkers home address.

10. Provide your e-mail address, if you have one.

PIPALMER0000976

a. Samyra09@yahoo.com

C1. Why do you believe that your Sex; is the reason you treated differently?

a. Because Chief Terry White have stated that he doesn't think women should be police officers. Chief White have been heard stating that women are dumb. Different details where taking from me and giving to a male officer.

C2. Describe all the ways in which you were treated differently because of your Sex; Be specific. Include dates, names, position title, Sex.

a. On October 18, 2018 Because I was a women my hours were change and was cut short. On the same day details listed above was taken from and giving to Officer Gerald Jackson(male).

C3. Does the Respondent have a policy or practice addressing the identified unequal terms and conditions alleged in your charge?

a. No employee/ employer should engage in any inappropriate physical contact, conversations behavior, that is unwanted, makes another employee uncomfortable. Or places them in any fear that you should advise the person that you don't like the behavior.

C4. Include the date, names, position title Sex; of other workers who were treated differently in the same situation as you.

a. Officer Monique Woods refusing her days off request. Refusing to allow her to drive certain police vehicle but allows a male officer to drive the vehicle. Making derogatory statements about her, calling her a liar, saying that's one dumb ass lady, said she didn't deserve to be a police officer, she should have stayed in dispatch.
b. Officer Dominica Tolbert- removing her without just cause from the investigation division and replacing her with a male officer. Taking evidence from a crime scene.
c. Officer Raquel Dawson- taking different details from her with no just cause and giving it to an unqualified officer. Making sexual advises at her stated that he had sex with her. Calling her dumb.

C5. Include the date, names, position title Sex; of other workers who were treated more favorably in the same situation as you.

a. Part -time Officer Gerald Jackson October 2018 he was giving my shift because he paid into the Mayor and Chief white campaign. He was giving special details that I had was taking from me and giving to only Jackson. Jackson was giving the option to work more hours then me.

PIPALMER0000977

C6. Why do you believe that your Sex; was a factor in the treatment you received;

    a. Chief T. White actions are driven by the fact that I am a woman. The way he speaks to the women in the department, is different than how he speaks to the men. Chef White will yell at the women but not the men. Chief White talks about the women and calls us dumb and stupid. Chief White has promoted men and demoted women.

C7. Were you treated differently then persons who were not the same sex as you? Describe how they were treated differently than you.

    a. Officer Gerald Jackson was giving more hours then I was and giving a chance to pick his hour that was good for his life. Chief White ask all the part-time officer to put in their availability before the end of October. Chief White told me that I was the only part-time officer who turned in their availability like I was told to. And my schedule was still changed without my knowledge.

C8. Was any type of internal complaint or grievance procedure with the Respondent available to you?

    a. I did verbally to former Chief Mack Sanders / Chief T. White Nothing happened to correct the behavior stop the harassment when I've complained in the past. I was told that I was a part-time officer and a at willed employee so I just have to take it or leave the department. I could not file a written complaint because of me being a part-time police officer. Things in the City of Markham are not treated confidentially.

X1. Who reduced your work hours?

    a. Yes, my hours were reduced by Chief Terry White.

X2. When were your hours was reduced?

    a. October 18, 2018

X3. How many hours did you regularly work each week before your hours were reduced? How many hours did you regularly work after the reduction?

    a. I had worked 32 hours plus. I was reduced to 24 hours per week.

X4. List the reasons you were given for the reduction in your hours.

PIPALMER0000978

a. Chief White stated that he just can change my hours when he want to and don't have to notify me of it.

X5. Did anyone else have their hours reduced?

a. No one but me

X6. Were their other persons whose work hours should have been reduced instead of yours, but were not?

a. Part-time officer Gerald Jackson Male
b. Part-time officer Derrick Singleton Male

X7. Is anyone working any of the hours you formerly worked?

a. Yes, Officer Gerald Jackson was a signed to the special details(listed above)

X8. If your performance was a factor in Respondent's decision to reduce your hours, explain how.

a. It was never stated to me that my performance was Chief White decision to reduce my hours. He told me that he could change my hours at any time he want.

X9. Why do you believe Respondent reduced your work hours because of your Sex?

a. He has stated that he dose not like women police officers and that all women are dumb. And that women in the police department should not be police officers.

**Witness list of coworkers/officers from Markham Police Department.**
**See question 9**

1. Sgt. James Walker/ former Deputy chief : 16313 Kedzie Markham, IL. 708- 654-4711 9/2018-pesent he was advised verbally on several occasion about the hostlle treatment have received by Terry White. Knowledge about Chief White would harass me a retaliate against me.
2. Former Chief Mack Sanders : 16313 Kedzie Markham, IL 708-417-5226 between 03/2018-09/2018 he was advised verbally and was shown video of what happened. He stated that I was making his head hurt and I just need to take it and I should be happy that I still got a job.
3. Officer Harlen Lewis :16313 Kedzie Markham, 708-733-8064 he was in roll call when Chief White was calling the women dumb and stupid.

PfPALMER0000979