| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#20M1212.04 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2020CF1565 |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br>KYUNG PALMER | TELEPHONE NUMBER (include area code)<br>872-588-8726 | |
|---|---|---|
| STREET ADDRESS<br>2925 S WABASH AVE, STE 104 | CITY, STATE AND ZIP CODE<br>CHICAGO, ILLINOIS 60616 | DATE OF BIRTH<br>/ /<br>M D Y |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>CITY OF MARKHAM POLICE DEPARTMENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (INCLUDE AREA<br>708-331-4905 |
|---|---|---|
| STREET ADDRESS<br>16313 S KEDZIE PKWY | CITY, STATE AND ZIP CODE<br>MARKHAM, ILLINOIS 60428 | COUNTY<br>COOK |
| CAUSE OF DISCRIMINATION BASED ON:<br>SEX, RETALIATION | | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>07/03/2019<br>☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

(SEE ATTACHED)

Page 1 of 3
RYS

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS _____ DAY OF _____, _____<br><br>X_____<br>NOTARY SIGNATURE |
|---|---|
| NOTARY STAMP | X_____<br>SIGNATURE OF COMPLAINANT        DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 11/09-INT)

DEFENDANT EXHIBIT E



2925 S. Wabash Avenue, Suite 104
Chicago, Illinois 60616

(872) 588 - 8726
www.ChiCivilRights.com

# CHARGE OF DISCRIMINATION

I. FIRST ALLEGATION

A. ISSUE/BASIS: Termination – July 3, 2019, due to my sex, female

B. PRIMA FACIE ALLEGATIONS

1. My sex is female.

2. My performance a police officer met the expectations of Chief Terry White and the Markham Police Department. I was hired in or around 2009.

3. On July 3, 2019, I was terminated.

4. Similarly situated non-female employees were not terminated under similar circumstances.

II. SECOND ALLEGATION

A. ISSUE/BASIS: Retaliation for having complained about sex discrimination within Respondent's workplace

B. PRIMA FACIE ALLEGATIONS

1. In March of 2019, I engaged in a protected activity when I filed a charge of discrimination against Respondents regarding discrimination on the basis of sex with the Illinois Department of Human Rights, Charge No. 2019CF1525.

2. On July 3, 2019, I was terminated in retaliation for filing the charge.


2925 S. Wabash Avenue, Suite 104
Chicago, Illinois 60616

(872) 588 - 8726
www.ChiCivilRights.com

3. My performance a police officer met the expectations of Chief Terry White and the Markham Police Department.

4. The adverse action followed my involvement in a protected activity, thereby raising an inference of retaliatory motivation.

I also want this charge filed with the Equal Employment Opportunity Commission. I will cooperate fully with the agencies to process my charge in accordance with their procedures.

5 Dec 19
Date

_____
Signature

Subscribed and sworn to before me,
this 05 day of December, 2019.

_____
NOTARY PUBLIC
My commission expires: 03/28, 20 23.

"OFFICIAL SEAL"
AIDE GARCIA
Notary Public, State of Illinois
My Commission Expires 3/28/2023