STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

IN THE MATTER OF:

KYUNG PALMER, )
)
)
COMPLAINANT, ) CHARGE NO. 2020CN1566
AND ) EEOC NO. N/A
)
TERRY WHITE, )
)
)
)
)
RESPONDENT. )

### ORDER OF CLOSURE

Charge Number 2020CN1566 having been filed with the Department of Human Rights by Complainant against Respondent, and Complainant having submitted a written request to opt out of the investigation and the charge pursuant to the Department's Rules and Regulations;

NOW, THEREFORE, it is hereby ORDERED that Complainant's request to withdraw is approved and that Complainant's charge(s) be and the same is (are) closed.

ENTERED ON April 16, 2020

DEPARTMENT OF HUMAN RIGHTS

BY: _____
Brent A. Harzman, Manager
Charge Processing Division

DEFENDANT
EXHIBIT
G

OdrCls_woEEOC Rev. 02/2020

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

CHARGE NO. 2020CN1566

## AFFIDAVIT OF SERVICE

Aaron W. Jordan, deposes and states that s/he served a copy of the attached **ORDER OF CLOSURE** on each person named below by depositing the same on April 16, 2020, in the U.S. Mail Box at 100 West Randolph Street, Chicago, Illinois, properly posted for FIRST CLASS MAIL, addresses as follows:

Jeanette Samuels
Samuels & Associates
2925 S. Wabash Ave.
Suite 104
Chicago, IL 60616

Michael J. Hayes, Jr.
Odelson, Sterk, Murphey,
Frazier, & McGrath
3318 W. 95th St.
Evergreen Park, IL 60805

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

Aaron W. Jordan

**PLEASE NOTE:**

The above-signed person is responsible only for <u>mailing</u> these documents. If you wish a review of the findings in this case, you must complete the Request for Review form attached. Illinois Department of Human Rights staff are not permitted to discuss the investigation findings once a Notice of Dismissal has been issued.

STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

IN THE MATTER OF:

KYUNG PALMER,

    COMPLAINANT,

AND

CITY OF MARKHAM POLICE DEPARTMENT,

    RESPONDENT.

CHARGE NO. 2020CF1565
EEOC NO. N/A

## ORDER OF CLOSURE

Charge Number 2020CF1565 having been filed with the Department of Human Rights by Complainant against Respondent, and Complainant having submitted a written request to opt out of the investigation and the charge pursuant to the Department's Rules and Regulations;

NOW, THEREFORE, it is hereby ORDERED that Complainant's request to withdraw is approved and that Complainant's charge(s) be and the same is (are) closed.

ENTERED ON April 16, 2020

DEPARTMENT OF HUMAN RIGHTS

BY: *[signature]*

Brent A. Harzman, Manager
Charge Processing Division

OdrCls_woEEOC Rev. 02/2020

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) ss | |
| COUNTY OF COOK | ) | CHARGE NO. 2020CF1565 |

## AFFIDAVIT OF SERVICE

Aaron W. Jordan, deposes and states that s/he served a copy of the attached **ORDER OF CLOSURE** on each person named below by depositing the same on April 16, 2020, in the U.S. Mail Box at 100 West Randolph Street, Chicago, Illinois, properly posted for FIRST CLASS MAIL, addresses as follows:

---

Jeanette Samuels
Samuels & Associates
2925 S. Wabash Ave.
Suite 104
Chicago, IL 60616

Michael J. Hayes, Jr.
Odelson, Sterk, Murphey,
Frazier, & McGrath
3318 W. 95th St.
Evergreen Park, IL 60805

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

Aaron W. Jordan

**PLEASE NOTE:**

The above-signed person is responsible only for mailing these documents. If you wish a review of the findings in this case, you must complete the Request for Review form attached. Illinois Department of Human Rights staff are not permitted to discuss the investigation findings once a Notice of Dismissal has been issued.