# City of Markham Police Department

## GENERAL ORDER 39.1

Subject: Part-Time Officer Program          Issued: 091511

Supersedes: All Previous Orders / Policies          Revised:

By Order Of: Mack Sanders, Chief of Police

**Policy:**

This General Order shall seek to ensure the efficient operations of the Markham Police Department's Part-Time Officer Program, so that the program is operated in a professional manner, and so that the selection, training, and use of Part-Time Officers will provide excellent service to the department and the community.

**Procedures:**

The Part Time Officer Program is a program which allows individuals to participate in various police activities. This involvement provides individuals an opportunity to better understand how and why the Police Department functions. At the same time, it provides an opportunity to enhance police service in the community.

The Part Time Officer Program will function in support of Community Policing and other support service activities. This service includes, but is not limited to:

A. Traffic direction at special events and parades

B. Business and residential walking patrols for high visibility and community interaction.

C. Assigned patrol duties

Part Time Officers for the Markham Police Department are sworn positions who are appointed by the Chief of Police with the approval of the Mayor.

**39.1.1 Qualifications:**

A. Part Time Officers will be accepted to the Part Time Officer Program provided they are of sound body and mind and are able to pass all current requirements for the position of Part Time Officer.

39-1

EXHIBIT City ID

DEFENDANT EXHIBIT H

    B. The acceptance for the position of Part Time Officers shall not be discriminatory by race, sex, or religion. The City is an equal opportunity employer and does abide by all EEOC regulations.

    C. Part Time Officers shall have a criminal background check performed by the Police Department prior to acceptance.

    D. Part Time Officers shall participate and successfully complete any and all training required by the Illinois Training Board prior to any duty as a Part Time Officer.

    E. Part Time Officers are required to participate in a training program prior to handling the duties of a Part Time Officer. They shall be fully trained according to the training guidelines addressing the facts of the job which they will be required to handle while performing the Part Time Officer duties.

    F. Part Time Officers are to attend the bi-annual firearms training sessions and successfully pass each qualification required of them by the Range Master.

    G. Part Time Officers shall attend and successfully complete any and all mandated in-service training.

### 39.1.2 Part Time Officer Chain of Command

The Chain of Command extends from the Chief of Police through a single subordinate of each level of command to the level of execution. All Part Time Officers are required to follow the Chain of Command in the performance of their duties.

Part Time Officers are directly responsibly to the on Duty Shift/Watch Commander.

The Deputy Chief of Police for Operations shall coordinate assignments and scheduling of Part Time Officers.

In the absence of the Deputy Chief of Police for Operations the Shift/Watch Commander is responsible for assignments and scheduling.

### 39.1.3 Status, Requirements, and Benefits

    A. Part Time Officers have no implied benefits privileges other than those approved by contractual agreement and /or with the approval of the Chief of Police.

    B. All Part Time Officers are required to be available to work a minimum number of hours of duty per week, determined and set by the Chief of Police, to fulfill Department needs.

Markham000101
P/PALMER0000566

C. Any Part Time Officer who is involved in any discharge or alleged misuse of a firearm or force on or off duty shall be removed from his/her assignment if on duty or removed from any further scheduled tours of duty until the Chief of Police has made a decision about the incident.

### 39.1.4 Substance Abuse Testing:

The City of Markham recognizes that the nature of the duties and obligations of the members of the Police Department require that no Part Time Officer be under the influence of alcohol while on duty or of any controlled substance at any time.

The specific information regarding Substance Abuse Testing for Part Time Officers is detailed in the City of Markham Employee Handbook.

### 39.1.5 Duties and Responsibilities

A. A Part Time Officer is a sworn part time position and he/she shall wear the uniform of the day as prescribed by the Deputy Chief of Police for Operations or the on-duty Shift/Watch Commander.

B. Weapons are considered part of the uniform of the Part Time Officer.

C. The Part Time Officer shall comply with all lawful orders and directions given to him/her by supervisors regardless of the division which he/she ability.

D. Part Time Officer shall be aware of all rules, regulations, policies, procedures, and general orders regarding the Part Time Officer Program, and is responsible to keep abreast of all changes, additions, or modifications.

E. In addition, the duties of the Part Time Officer shall include, but not be limited to, the following:

1. Maintain uniforms and equipment in a neat, orderly fashion in accordance with Markham Police Department Policy Manual.

2. Maintain an appearance and be properly groomed in accordance with Markham Police Department Policy Manual.

3. Maintain a working knowledge of duties required to perform all assigned duties.

4. Report to scheduled Part Time Officer roll calls and record necessary and pertinent information.

5. Report to assigned locations and perform all law enforcement functions as assigned.