10/30/2019

Print

CHAPTER 33: POLICE DEPARTMENT

Markham, IL Code of Ordinances

## § 33.19 PART-TIME POLICE OFFICERS.

(A) Part-time police officers shall be appointed by the Mayor with the advice and consent of the City Council in such numbers as the Mayor and City Council may from time to time determine to be necessary.

(B) Part-time police officers shall serve when called upon by the Mayor or Chief of Police under the supervision of the regular Police Department. They shall be conservators of the peace with the power to make arrests as provided by statute.

(C) All applicants for the position of part-time police officer must be certified State Police officers, comply with all state laws requiring certification standards and meet the following hiring standards of the city:

   (1) Must be at least 21 years old;

   (2) Must be a high school graduate or equivalent;

   (3) Must possess a valid Illinois driver's license and have a good driving record;

   (4) Must be in good physical condition and pass any physical examination and drug test required by the city;

   (5) Must successfully complete all training required by statute, ordinance or departmental regulation;

   (6) Must submit to an oral interview with the Board of Fire and Police Commissioners;

   (7) Must be of good character without a conviction for a felony or crime involving moral turpitude and pass a thorough background examination;

   (8) Must pass any written, polygraph and/or psychological tests required by the city;

   (9) Must have fingerprints submitted to the state and FBI for purposes of checking criminal history;

   (10) Part-time officers shall be compensated at a rate set from time to time by the Mayor and City Council. These officers shall be compensated only for actual hours worked;

   (11) Part-time officers shall report to the full-time officer in charge of the shift when they begin and end their tour of duty;

   (12) Any part-time police officer who is terminated or leaves the position within two years of appointment shall reimburse the city for all training costs and expenses incurred by the city during said time. If any funds are due the officer, they may be used by the city to pay a portion or all of the training costs and expenses;

   (13) A part-time police officer has no vested interest in the position. Said officers acquire no rights and benefits not conferred by statute. A city may discipline or discharge a part-time officer at any time. A part-time officer shall be a member of the regular police department except for pension purposes. They shall not be assigned to supervise or direct full-time police officers and they shall not be used as permanent replacements for permanent full-time police officers; and

   (14) Part-time police officers shall work no more than 30 hours per week or as may be regulated by statute.

(Prior Code, § 33.20) (Ord. 06-O-1851, passed 4-5-2006)

library.amlegal.com/alpscripts/get-content.aspx

Markham000106

1/1

EXHIBIT
CITY 9

DEFENDANT
EXHIBIT
I