## Markham Police Department
## Memorandum

To: Chief T. White
From: Ofc. K. Palmer #537
Re: availability
Date: October 18, 2018

---

This memo is in reference to your request for me to submit my availability. My availability is Monday thru Thursday 0745 to 1600 hours. Please advise if you have any questions.

Respectfully submitted,

Ofc. K. Palmer #537



PfPALMER000026

