

# City of Markham
## Police Department
16313 Kedzie Parkway
Markham, Illinois 60428



TERRY WHITE
Chief of Police

City Hall: (708) 331-4905
Police Dept.: (708) 331-2171

July 3, 2019

Kyung Palmer,

Please be notified that your employment position with the City of Markham has been greatly impacted in the new City of Markham Budget.

According to the 2019-2020 City of Markham Budget, your position has been eliminated.

In the next couple of days, you will receive specific information about how the new changes in the new budget effects your separation from the City of Markham employment from either the Human Relations Department or the City Mayor's Office.

Sincerely,

*Terry White*
Terry White
Chief of Police


EXHIBIT
CITY 16
PtPALMER000027

DEFENDANT
EXHIBIT
L