## AGREEMENT AND GENERAL RELEASE
## BETWEEN KYUNG PALMER AND THE CITY OF MARKHAM

The Parties, Kyung Palmer ("Palmer") and the City of Markham ("City"), hereby agree to the terms outlined below in the Agreement and General Release ("Agreement") regarding the terms of Palmer's separation from the City as a result of her position being eliminated.

I. **BACKGROUND**

    A. Palmer was employed by the City as a Part-Time Police Officer.

    B. On July 3, 2019, Palmer was notified of her position elimination.

    C. Palmer and the City have agreed to enter into a voluntary release and separation agreement.

II. **TERMS OF AGREEMENT**

In order to effect the elimination of Palmer's employment and to provide Palmer with certain benefits that he would not otherwise be entitled to, Palmer and the City agree as follows:

    A. This Agreement shall not be in any way construed as an admission by the City that it has acted wrongfully with respect to Palmer or any other person, or that Palmer has any rights whatsoever against the City.

    B. Palmer has been paid the compensation that she earned through the date of her separation, in accordance with the terms and conditions of his employment.

    C. In exchange for the promises contained in this Agreement and release of claims as set forth below, and provided that Palmer signs this agreement and returns it to the City on or before the 19th day of July, and Palmer does not revoke this Agreement as set forth in Paragraph II(C)(4)(g)(iv):

        1. The City will pay Palmer a severance allowance in the amount equal to thirty (30) days of pay, at her current rate of pay totaling $$1,645.71, within thirty (30) days after approval by the City Council.

        2. Should Palmer have any remaining vacation or personal time on the books, Palmer can elect to either: a) remain on the City's payroll until Palmer's benefit time is depleted or b) receive a lump sum payment for all unused vacation and personal time on a separate check no later than July 26, 2019. Palmer must inform the City of his election upon execution of his Agreement.

        3. In consideration of the promises contained in this Agreement, Palmer agrees:

1

EXHIBIT City 17



DEFENDANT EXHIBIT M