

# CITY OF MARKHAM POLICE DEPARTMENT

16313 Kedzie Parkway, Markham, Illinois 60428
Phone: 708-331-2171 Fax: 708-331-2176
www.cityofmarkham.net

# MEMORANDUM

To: L.T. Blohm
From: Officer K. Palmer #537
Subject: Inappropriate Behavior
Date: 04/10/2019

---

    Reporting Officer was in the roll call room having dialog with Officer Short over a chair, this conversation was in fun and a conversation we have had in the past. Officer Carey inserted his self into the conversation in a negative way and began to belittle me. I advised Officer Carey that the conversation was between me and Officer Short, but he continued talking and called me ignorant.

    R/o was not speaking to Officer Carey at the time of the incident. I know by writing this To/From that I will be subject to belittling by him and his associates.

Respectfully submitted,

*K. Palmer #537*
Ofc. K. Palmer #537

EXHIBIT CITY 14

PfPALMER000028

DEFENDANT EXHIBIT N